

RECEIVED
IN LAKE CHARLES, LA
JUN 13 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| ANGELA HARPER, ET AL | : | DOCKET NO. 03-1064 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| RJ REYNOLDS TOBACCO COMPANY, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment (doc. #75) filed by Wal-Mart Louisiana L.L.C. is hereby **GRANTED** dismissing with prejudice Plaintiff's sole claim of redhibition against this defendant. The Court further determines that there is no just reason for delay, and thus it is directed that a final judgment pursuant to Federal Rule of Civil Procedure 54(b), be, and is hereby entered in favor of defendant, Wal-Mart.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13th day of June, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE